UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANCIS THOMAS,
    Plaintiff,

 -vs-                                    Case No. 5:15-CV-10783
                                          Hon. John Corbett O'Meara
                                          Magistrate Judge: Anthony P. Patti

ANDY AUTO SALES, INC., *et al.*
    Defendants.

## STIPULATED ORDER TO EXTEND THE TIME
## TO FILE THE RULE 26(f) PLAN

Having been advised by the parties that they have reached an agreement to settle the above-captioned matter and that they are finalizing the paperwork necessary to effectuate the settlement agreement, and upon the stipulation of the parties;

IT IS HEREBY ORDERED that the parties shall have until July 13, 2015 to file their joint Rule 26(f) plan.

Date: July 1, 2015                                          s/John Corbett O'Meara
                                                           United States District Judge

Stipulated To By:

| | |
|---|---|
| /s/ Carl Schwartz | /s/ Dalia R. Kejbou |
| Carl Schwartz (P-70335) | Dalia R. Kejbou (P-63428) |
| Attorney for Francis Thomas | Attorney for Defendants |
| 24500 Northwestern Highway, Ste. 206 | 74 West Long Lake Rd., Ste. 203 |
| Southfield, MI 48075 | Bloomfield Hills, MI 48304 |
| (248) 208-8864 | (248) 646-1711 |
| Carl@MichiganConsumerLaw.Com | kejboulaw@gmail.com |

Dated: June 29, 2015

## Certificate of Service

I, Carl Schwartz, hereby certify that this document, filed through the "Utilities" tab of the CM/ECF system, will be e-mailed to the following counsel of record:

Dalia R. Kejbou, Esq.
74 West Long Lake Rd., Ste. 203
Bloomfield Hills, MI 48304
(248) 646-1711
kejboulaw@gmail.com

                                              Respectfully Submitted,

                                              LYNGKLIP & ASSOCIATES
                                              CONSUMER LAW CENTER, PLC

                                              By:  /s/ Carl Schwartz
                                              Carl Schwartz (P-70335)
                                              Attorney for Francis Thomas
                                              24500 Northwestern Highway, Suite 206
                                              Southfield, Michigan 48075
                                              (248) 208-8864
                                              Carl@MichiganConsumerLaw.Com

Dated: June 3, 2015