UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANCIS THOMAS,
     Plaintiff,

 -vs-                                 Case No. 5:15-CV-10783
                                      Hon. John Corbett O'Meara
                                      Magistrate Judge: Anthony P. Patti

ANDY AUTO SALES, INC., *et al.*
     Defendants.

## <u>STIPULATED ORDER OF DISMISSAL</u>

Having been advised by the parties that they have reached an agreement to settle the above-captioned matter and upon the stipulation of the parties;

IT IS HEREBY ORDERED that Plaintiff's Complaint be dismissed as to all Defendants, with prejudice, and without costs to any party; and

IT IS FURTHER ORDERED that the court shall retain jurisdiction only for the purpose of enforcing the settlement of this matter.

Date: July 17, 2015                    s/John Corbett O'Meara
                                    United States District Judge

Stipulated To By:

/s/ Carl Schwartz

Carl Schwartz (P-70335)
Attorney for Francis Thomas
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
Carl@MichiganConsumerLaw.Com

/s/ Dalia R. Kejbou (w/consent)

Dalia R. Kejbou (P-63428)
Attorney for Defendants
74 West Long Lake Rd., Ste. 203
Bloomfield Hills, MI 48304
(248) 646-1711
kejboulaw@gmail.com

Dated: July 17, 2015

**<u>Certificate of Service</u>**

I, Carl Schwartz, hereby certify that this document, filed through the "Utilities" tab of the CM/ECF system, will be e-mailed to the following counsel of record:

Dalia R. Kejbou, Esq.
74 West Long Lake Rd., Ste. 203
Bloomfield Hills, MI 48304
(248) 646-1711
kejboulaw@gmail.com

Respectfully Submitted,

LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC

By:  /s/ Carl Schwartz
Carl Schwartz (P-70335)
Attorney for Francis Thomas
24500 Northwestern Highway, Suite 206
Southfield, Michigan 48075
(248) 208-8864
Carl@MichiganConsumerLaw.Com

Dated: June 3, 2015